IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY LEVON MYERS                                                                      PETITIONER
Reg. #18351-075

V.                          NO.  2:10cv00080 SWW-JWC

T.C. OUTLAW, Warden,                                                                     RESPONDENT
FCI, Forrest City, AR

ORDER

Petitioner, a federal prisoner proceeding *pro se*, brings this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 1). The petition was not accompanied by a filing fee or an application to proceed *in forma pauperis*. The Clerk of the Court is directed to forward to Petitioner an *in forma pauperis* application. **Petitioner is directed to submit either the $5.00 statutory filing fee or the completed *in forma pauperis* application within thirty (30) days of this order's entry date.** If he wishes to proceed *in forma pauperis*, he must sign and complete the application, **fully answering every question**. At Petitioner's request, an authorized official at the Federal Correctional Institution-Forrest City Medium is directed to complete and sign the certificate portion of his *in forma pauperis* application.

Petitioner is warned that his failure to make a timely and complete response to this Court's order will result in a recommended dismissal of this action without prejudice.[1] *See*

---

[1]Petitioner is hereby notified of his responsibility to comply with Local Rule 5.5(c)(2) of the Rules of the United States District Court for the Eastern District of Arkansas, which provides: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed

Rule 3(a), Rules Governing § 2254 Cases in United States District Courts (habeas petition "must be accompanied" by filing fee or motion to proceed *in forma pauperis*, along with the necessary affidavits); Rule 1(b) (permitting district courts to apply § 2254 rules in other habeas actions).

IT IS SO ORDERED this 10th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

---

without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."