IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY LEVON MYERS                                                           PETITIONER
Reg. #18351-075

V.                                  NO.  2:10cv00080 SWW-JWC

T.C. OUTLAW, Warden,                                                         RESPONDENT
FCI, Forrest City, AR

ORDER

Petitioner, a federal prisoner proceeding *pro se*, brings this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 1) and, pursuant to the Court's June 10, 2010 order (doc. 2), he has paid the $5.00 statutory filing fee (doc. 4).  The Clerk of the Court is directed to serve, by regular mail, a copy of the petition (doc. 1) and this order on Respondent and the United States Attorney.  Respondent is directed to file an answer, motion, or other responsive pleading within twenty-one (21) days of service of the petition, exclusive of the day of service.  *See* Rules 4 & 5, Rules Governing § 2254 Cases in United States District Courts; Rule 1 (permitting district courts to apply § 2254 rules in other habeas actions).

IT IS SO ORDERED this 29th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE