IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY LEVON MYERS                                                      PETITIONER
Reg. #18351-075

V.                                        NO.  2:10cv00080 SWW-JWC

T.C. OUTLAW, Warden,                                                     RESPONDENT
FCI, Forrest City, AR

## ORDER

Respondent has filed a response to this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 10).  If Petitioner desires to file a reply, he is directed to do so on or before September 17, 2010.

IT IS SO ORDERED this 17th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE