IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY LEVON MYERS                                                        PETITIONER
Reg. #18351-075

V.                                    NO.  2:10-cv-00080 SWW

T.C. OUTLAW, Warden,                                                       RESPONDENT
FCI, Forrest City, AR

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered denying this 28 U.S.C. § 2241 petition for writ of habeas corpus and dismissing this action in its entirety, with prejudice.

IT IS SO ORDERED this 23rd day of February 2011.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE