IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY LEVON MYERS                                                                         PETITIONER
Reg. #18351-075

V.                                          NO.  2:10-cv-00080 SWW

T.C. OUTLAW, Warden,                                                                         RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2241 petition for writ of habeas corpus and dismissing this action in its entirety, with prejudice.

IT IS SO ORDERED this 23rd day of February 2011.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE